Bakery. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 155 App. Div. 859, 140 N. Y. Supp. 609.

PERRY v. ROCHESTER LIME CO. (Supreme Court, Appellate Division, Fourth Department. May 20, 1914.) Action by William J. Perry, Sr., as administrator, etc., against the Rochester Lime Company. No opinion. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs.

PHELPS, Appellant, v. HANFORD et al., Respondents. (Supreme Court, Appellate Division, Third Department. May 21, 1914.) Action by Mattie P. Phelps against Edwin S. Hanford, as executor, etc., of Sarah C. Burgett, deceased, and others. No opinion. Motion granted.

PHILLIPS, Appellant, v. PHILLIPS, Respondent. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Action by Grace Phillips against Andrew Phillips. J. E. Kelly, of New York City, for appellant. J. G. Wells, of New York City, for respondent. No opinion. Order affirmed. Order filed.

PORTER, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. April 24, 1914.) Action by Laura A. Porter, as administratrix, etc., against the City of New York.
. PER CURIAM. This court is of opinion that plaintiff should be allowed to establish whatever cause of action she may have, whether it be under the Labor Law (Consol. Laws, c. 31), or at common law, entirely unaffected by the provisions of the Labor Law. We think, therefore, that her motion for leave to serve the proposed amended complaint should have been granted on appropriate terms. Order reversed, with $10 costs and disbursements, and the motion for leave to serve an amended complaint granted, on condition that within 20 days plaintiff pay to defendant the full taxable costs in this action, including the costs and disbursements on the former appeal. For opinion below, see 83 Misc. Rep. 367, 145 N. Y. Supp. 938.

POSIN v. WILLIAMSBURGH SAVINGS BANK et al. (Supreme Court, Appellate Division, Second Department. May 25, 1914.) Action by Mascha Posin against the Williamsburgh Savings Bank and Frank V. Kelly, as public administrator, etc. No opinion. Order affirmed, without costs. See, also, 160 App. Div. 898, 144 N. Y. Supp. 1140.

POSNER et al., Respondents, v. LEDERER et al., Appellants. (Supreme Court, Appellate Division, First Department. April 24, 1914.) Action by Samuel Posner and others against Rudolph Lederer and others. J. M. Herzberg, of New York City, for appellants. R. G. Starr, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

POTTS, Respondent, v. PARDEE, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 29, 1914.) Action by Thomas Potts against Georgie Pardee.
PER CURIAM. Judgment and order affirmed, with costs.
KRUSE, P. J., and LAMBERT, J., dissent, upon the ground that the evidence is insufficient to show that the defendant was responsible for the chauffeur's negligence.

PREST-O-LITE CO. v. BRINCKNER. (Supreme Court, Appellate Division, First Department. May 8, 1914.) Action by the Prest-O-Lite Company against Norman M. Brinckner. No opinion. Motion granted. Order filed.

PREST-O-LITE CO. v. RAY et al. (Supreme Court, Appellate Division, First Department. May 8, 1914.) Action by the Prest-O-Lite Company against Frederick Ray and others. No opinion. Motion granted. Order filed. See, also, 147 N. Y. Supp. 219.

PRESTON v. HOBBS. (Supreme Court, Appellate Division, First Department. April 24, 1914.) Action by Henry L. Preston against Elon S. Hobbs. No opinion. Motion denied, with $10 costs. Order filed. See, also, 161 App. Div. 363, 146 N. Y. Supp. 419.

PRINCE v. REISER. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Action by Henry Prince against Ely J. Reiser. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

In re PUBLIC SERVICE COMMISSION, ETC. (GRAVESEND AVE. ROUTE—ROUTE NO. 49). (Supreme Court, Appellate Division, Second Department. May 15, 1914.) In the matter of the application of the Public Service Commission, etc., as to Gravesend Avenue route (route No. 49). No opinion. Motion to confirm report of commissioners granted. See, also, 146 N. Y. Supp. 1109.

PULLMAN v. TEETS et al. (Supreme Court, Appellate Division, First Department. May 8, 1914.) Action by Emily Pullman, etc., as administratrix, etc., against Henry W. Teets and others. J. G. Lamison, of New York City, for appellants. J. F. Carew, of Brooklyn, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

REICHLE, Respondent, v. CASE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 18, 1914.) Action by John H. Reichle against Whitney G. Case, impleaded with others. No opinion. Judgment affirmed, with costs.

REICHLE, Respondent, v. HOWER, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. March 18, 1914.) Action by John H. Reichle against Frank B. Hower, impleaded with another. No opinion. Judgment affirmed, with costs.